1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KATE KOELLER, JEFF KOELLER, MATT DAVIDSON, and AMY BOLESKI | Case No. 25-cv-04549-VKD |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT UNTIL AFTER DIVERSITY JURISDICTION IS ESTABLISHED** |
| v. | |
| NIXPLAY, INC., CREEDON TECHNOLOGIES USA, LLC, and DOES 1-20, | |
| Defendants. | Honorable Virginia K. DeMarchi |

1    This matter came before the Court on Kate Koeller, Jeff Koeller, Matt Davidson, and Amy

2    Boleski's ("Plaintiffs") Administrative Motion to Continue Defendants' Motion to Dismiss First

3    Amended Complaint Until After Diversity Jurisdiction is Established filed in August 18, 2025.

4    Having considered the administrative motion and all papers submitted in support of and opposition to

5    the administrative motion, and good cause appearing, the COURT hereby **ORDERS** as follows:

6    The hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No.

7    18) is continued to September 23, 2025. The administrative motion is otherwise **DENIED**.

8    **IT IS SO ORDERED.**

9

10

11    DATED: _____, 2025

12                                                        _____

13                                                        HONORABLE VIRGINIA K. DEMARCHI
                                                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING ADMIN MOTION TO CONTINUE DEFENDANTS'
MOTION TO DISMISS; Case No.: 25-cv-04549-VKD