UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KATE KOELLER, et al.,

Plaintiffs,

v.

NIXPLAY, INC., et al.,

Defendants.

Case No. 25-cv-04549-VKD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 84

The parties advise that they have reached a settlement in principle. Dkt. No. 84. The Court terminates plaintiffs' motion for leave to amend the first amended complaint (Dkt. No. 78), without prejudice, and vacates the hearing on the motion.

The Court has not set a case management schedule, so there are no other deadlines to extend or vacate. On or before **August 31, 2026**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **September 15, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, the parties shall file a statement no later than **September 8, 2026** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The parties' status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: July 17, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California